JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ACACIA, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NEOMED, INC., a Georgia corporation,<br><br>    Defendant.<br><br>NEOMED, INC. a Georgia corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>ACACIA, INC. a California corporation,<br><br>    Counterdefendant. | Case No. SACV-11-1329 JST-AN<br><br>The Hon. Josephine Staton Tucker<br><br>**JUDGMENT**<br><br>Trial Date: December 4, 2012 |

346797.1

[PROPOSED] JUDGMENT

## **JUDGMENT**

Judgment is hereby entered in favor of plaintiff and counter-defendant Acacia, Inc. on (a) its claim for declaratory relief and (b) defendant and counter-claimant NeoMed, Inc.'s counter-claim for trademark infringement.

DATE: October 30, 2012

_____
Hon. Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE

346797.1

[PROPOSED] JUDGMENT